UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States of America,<br><br>                      Plaintiff,<br>  -vs-<br><br>Marcos Ramirez-Mercado (1),<br>Jose Alfredo Mendoza-Vaca (2),<br>Milton Oswaldo Pena (3),<br>Edgar Giovanni Pena (4),<br>Federico Ramos-Perez (5),<br>Donald Reed Daniels (7),<br>Juan Jose Navarro-Martinez (8),<br>Jorge Armando Hernandez-Vera (9),<br>Enrique Eduardo Rodriguez-Mercado (11),<br>Angel Rodriguez Amezcua (12),<br>Sergio Lavelle Lopez (13),<br>Nahum Martinez-Guadarrama (14),<br>Victor Alexander Rangel (15),<br>Edson Marcos Ramirez (16),<br>Mireya Hernandez (17),<br>Edward Wayne Fedele (18),<br>Trevor Edward Fedele (19),<br>Olton Leon Gaines (20),<br>Joel Scott Lyman (21),<br>Horatio Luna Cano (22), and<br>Odell Kinard, Jr. (23),<br><br>                      Defendants. | No.   2:17-CR-0101-WFN<br><br><br>PROTECTIVE ORDER |

Pending before the Court is the Government's Motion for Protective Order. ECF No. 480. The Court has reviewed the file and Motion and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Government's Motion for Protective Order, filed August 2, 2017, **ECF No. 480**, is **GRANTED**.

    (a)   The United States will provide discovery materials on an on-going basis to defense counsel;

    (b)   Discovery materials that contain the voice or image of a confidential informant will be made available for defense counsels' review at the United States

ORDER - 1

Attorney's Office. Until further order of the Court, those materials may not be shown to the Defendants;

(c) Defense counsel may possess but not copy (excluding the production of necessary working copies) all discovery materials that do not contain the voice or image of a confidential informant, including sealed documents;

(d) Defense counsel may show to, and discuss with the Defendants, all discovery materials that do not contain the voice or image of a confidential informant, including sealed documents;

(e) Defense counsel shall not provide original or copies of discovery materials to the Defendants including verbatim excerpts from the discovery materials;

(f) Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the protective order;

(g) The United States, defense counsel, and witnesses may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to 2:17-CR-00101-WFN; provided however, any reference to the content of the Protected Discovery shall be filed under seal.

2. The Government's Motion to Expedite, filed August 2, 2017, **ECF No. 481**, is **GRANTED**. The underlying motion was considered on an expedited basis.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 3rd day of August, 2017.

08-03-17-2

                                    s/ Wm. Fremming Nielsen
                                    WM. FREMMING NIELSEN
                    SENIOR UNITED STATES DISTRICT JUDGE