# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Ramirez, Edson Marcos | Docket No. | 0980 2:17CR00101-WFN-16 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant  Edson Marcos Ramirez, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 15th day of June 2017, under the following conditions:

Standard Condition #9: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.  Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 15, 2017,  the defendant made his initial appearance before the Honorable Mary K. Dimke.  The defendant was released onto pretrial supervision  June 16, 2017, after posting a $20,000 bond, with a $2,000 deposit.

The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1:** The defendant is alleged to be in violation of his conditions of pretrial supervision in the Eastern District of Washington by consuming marijuana on or about December 18, 2018.

Conditions of release were reviewed with the defendant on June 19, 2017.  He acknowledged an understanding of his conditions which included standard condition #9.

On December 19, 2018, the defendant reported to the probation office for his monthly in person check into United States Probation Officer (USPO) Leavitt.  The defendant met with USPO Santana.  Prior to a random urine test, the defendant admitted he consumed marijuana on December 18, 2018.  The defendant shared with USPO Santana he was under a lot of stress and work related pressure so he "smoked a joint" to calm his thoughts.  The defendant signed a drug use admission form and submitted a urine sample, which site tested presumptive positive for marijuana.  The sample was sealed in front of the defendant and sent to Alere Toxicology Laboratory (Alere) for confirmation.

On December 21, 2018, USPO Leavitt made contact with the defendant at his listed residence.  USPO Leavitt instructed the defendant to report weekly to her office due to the presumptive urine sample.  USPO Leavitt provided the defendant with a next report date of December 26, 2018.

On December 23, 2018, results were received from Alere pertaining to the defendant's presumptive positive urine sample reflecting a positive reading for tetrahydrocannabinol (THC) Metabolite.

The defendant reported as directed to USPO Leavitt on December 26, 2018.  USPO Leavitt and the defendant discussed his marijuana use.  The defendant admitted he was under stress and he consumed marijuana.  He was advised he would remain on weekly reporting until a negative urine sample could be collected.

On January 7, 2019, the defendant reported to USPO Leavitt and submitted a negative urine sample.  The defendant acknowledged an understanding surrounding remaining clean and sober while under pretrial supervision.

PRAYING THAT THE COURT WILL TAKE NO ACTION AT THIS TIME.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 8, 2019

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

1/8/2019

Date